NO. 07-07-0047-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



SEPTEMBER 18, 2007


______________________________



C. WILLIENELL ZIMMER HAYNES, ET AL., APPELLANTS



V.



MOORE COUNTY GAS PARTNERS, L.P., ET AL., APPELLEES


_________________________________



FROM THE 69TH DISTRICT COURT OF MOORE COUNTY;



NO. 01-72; HONORABLE RON ENNS, JUDGE


_______________________________




Before CAMPBELL and HANCOCK and PIRTLE, JJ.

ON MOTION TO DISMISS


 C. Willienell Zimmer Haynes, et al., appellants, have filed a motion to dismiss this
appeal. No decision of this Court having been delivered to date, we grant the motion. 
Accordingly, the appeal is dismissed. Tex. R. App. P. 42.1(a)(1). All costs incurred are
adjudged against the party incurring the same. No motion for rehearing will be entertained
and our mandate will issue forthwith.


 Mackey K. Hancock

 Justice



MEMORANDUM OPINION


_______________________________



Before QUINN, REAVIS and CAMPBELL, JJ.

 Appellants The Feed Store, Inc., d/b/a Chad and Patricia Langston, et al. filed a
notice of appeal on February 22, 2005. However, they did not pay the $125 filing fee
required from appellants under Texas Rule of Appellate Procedure 5. Nor did they file an
affidavit of indigence per Texas Rule of Appellate Procedure 20.1. By letter from this Court
dated April 15, 2005, we informed appellants that "the filing fee has not been paid in the 
captioned appeal. Unless the filing fee in the amount of $125.00 is paid by Monday, April
25, 2005, this appeal will be subject to dismissal." Tex. R. App. P. 42.3(c); see Holt v. F.
F. Enterprises, 990 S.W.2d 756 (Tex. App.--Amarillo 1998, pet. ref'd). The deadline lapsed,
and the fee was not received. 

 Because appellants have failed to pay the requisite filing fee as directed by the court,
we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c). 

 

 Per Curiam